TALLMAN, appellant, v. SCUDDER et al.

IN this case the decision of the surrogate in refusing to admit a will to probate, by reason of incapacity of testator and undue influence, is sustained upon the ground that such decision is supported by the testimony.

PRATT, J.

*Decree affirmed.*

---

MALOY v. DAGNAL, appellant.

*Married woman not liable to imprisonment for costs in unsuccessful action by them.*

A married woman cannot be imprisoned upon an execution issued upon a judgment for costs, in an action for slander, which she has failed to maintain. Such an execution can be levied and collected only out of her separate estate.

BARNARD, P. J.

*Order affirmed.*

---

PROBST v. SOUTHSIDE RAILROAD COMPANY, appellant.

*Negligence — finding of jury, when conclusive.*

The plaintiff was a passenger on an excursion train run by defendant, composed partly of freight cars. While endeavoring to get aboard at the end of one of the freight cars, the train was started backward without notice. At the same time plaintiff stepped upon the coupling link between two cars, and her foot was crushed. *Held,* that the finding of a jury that defendant was guilty of negligence and plaintiff was not, and that plaintiff was entitled to recover from defendant for her injuries, would not be set aside.

*Edgar M. Cullen & E. More,* for appellant.

*Foulke & Malocsay,* for respondent.

PRATT, J.

*Judgment affirmed.*